UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MARVIN GODFREY** | * | **CIVIL ACTION NO. 16-1108** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **TAS ENVIRONMENTAL SERVICES, L.P., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT OF REMAND**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the above-captioned cause is hereby remanded to the 1st Judicial District Court for the Parish of Caddo, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the 1st Judicial District Court for the Parish of Caddo, State of Louisiana.

**THUS DONE AND SIGNED** this the 3rd day of November, 2016, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE